AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>District of Massachusetts<br>John Joseph Moakley Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>ATLANTIC RECORDING CORP.; CAPITOL RECORDS, INC.; ARISTA RECORDS LLC; ELEKTRA ENTERTAINMENT GROUP INC.; MAVERICK RECORDING CO.; WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; VIRGIN RECORDS AMERICA, INC.; BMG MUSIC; and UMG RECORDINGS, INC. | | DEFENDANT<br>DOES 1 - 5 |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

# Exhibit A

## Doe #1 (207.206.237.171 2004-10-11 18:52:11 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
| --- | --- | --- | --- | --- |
| Sony BMG Music Entertainment | Pearl Jam | Corduroy | Vitalogy | 206-558 |
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |
| UMG Recordings, Inc. | Guns N Roses | Paradise City | Appetite for Destruction | 85-358 |
| Virgin Records America, Inc. | Smashing Pumpkins | Ava Adore | Adore | 261-479 |
| BMG Music | Eve 6 | Amphetamines | Horrorscope | 285-024 |
| Sony BMG Music Entertainment | Incubus | I Miss You | Make Yourself | 278-818 |
| UMG Recordings, Inc. | Live | The Dolphin's Cry | The Distance To Here | 271-726 |
| UMG Recordings, Inc. | Tonic | You Wanted More | Sugar | 273-919 |
| Virgin Records America, Inc. | Smashing Pumpkins | Zero | Mellon Collie and the Infinite Sadness | 183-904 |
| Arista Records LLC | Adema | Freaking Out | Adema | 302-233 |

**Exhibit A**

**Doe #2 (207.206.228.170 2004-11-09 11:02:25 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Phish | Back on The Train | Farmhouse | 281-388 |
| BMG Music | Busta Rhymes | Break Ya Neck | Genesis | 312-547 |
| Virgin Records America, Inc. | D'Angelo | Untitled (How Does It Feel) | Voodoo | 280-480 |
| Maverick Recording Company | Candlebox | Far Behind | Candlebox | 171-393 |
| UMG Recordings, Inc. | Nazareth | Love Hurts | Hair of the Dog | N23222 |
| Sony BMG Music Entertainment | Incubus | New Skin | SCIENCE | 249-690 |
| Capitol Records, Inc. | Pink Floyd | Comfortably Numb | The Wall | 14-787 |
| Sony BMG Music Entertainment | Babyface | Every Time I Close My Eyes | The Day | 231-025 |
| UMG Recordings, Inc. | Sublime | Caress Me Down | Sublime | 224-105 |
| Arista Records LLC | LFO | Girl on TV | LFO | 306-981 |

# Exhibit A

## Doe #3 (207.206.228.239 2004-10-17 04:31:22 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Sinead O'Connor | Jealous | Faith and Courage | 284-344 |
| UMG Recordings, Inc. | Live | Lightning Crashes | Throwing Copper | 187-926 |
| UMG Recordings, Inc. | Bon Jovi | Thank You For Loving Me | Crush | 281-803 |
| BMG Music | David Gray | Sail Away | White Ladder | 297-324 |
| Capitol Records, Inc. | Pink Floyd | Comfortably Numb | The Wall | 14-787 |
| UMG Recordings, Inc. | Sublime | Badfish | Second Hand Smoke | 246-011 |
| Arista Records LLC | LFO | Girl on TV | LFO | 306-981 |
| Sony BMG Music Entertainment | Babyface | Every Time I Close My Eyes | The Day | 231-025 |
| Sony BMG Music Entertainment | Meat Loaf | Paradise By The Dashboard Light | Bat Out Of Hell | N46849 |
| Maverick Recording Company | Candlebox | Far Behind | Candlebox | 171-393 |

## Exhibit A

## Doe #4 (207.206.228.64 2004-10-22 12:54:25 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
| --- | --- | --- | --- | --- |
| Capitol Records, Inc. | Pink Floyd | Comfortably Numb | The Wall | 14-787 |
| BMG Music | Busta Rhymes | Break Ya Neck | Genesis | 312-547 |
| Arista Records LLC | Usher | U Remind Me | 8701 | 307-207 |
| Virgin Records America, Inc. | D'Angelo | Untitled (How Does It Feel) | Voodoo | 280-480 |
| Sony BMG Music Entertainment | Babyface | Every Time I Close My Eyes | The Day | 231-025 |
| Maverick Recording Company | Candlebox | Far Behind | Candlebox | 171-393 |
| UMG Recordings, Inc. | Nazareth | Love Hurts | Hair of the Dog | N23222 |
| UMG Recordings, Inc. | Dru Hill | 5 Steps | Dru Hill | 227-760 |
| UMG Recordings, Inc. | Sublime | Badfish | Second Hand Smoke | 246-011 |

# Exhibit A

## Doe #5 (207.206.228.67 2004-11-08 17:45:49 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
| --- | --- | --- | --- | --- |
| Elektra Entertainment Group Inc. | Phish | Back on The Train | Farmhouse | 281-388 |
| Capitol Records, Inc. | Pink Floyd | Comfortably Numb | The Wall | 14-787 |
| Virgin Records America, Inc. | D'Angelo | Untitled (How Does It Feel) | Voodoo | 280-480 |
| UMG Recordings, Inc. | Sublime | Caress Me Down | Sublime | 224-105 |
| Arista Records LLC | Usher | U Remind Me | 8701 | 307-207 |
| Arista Records LLC | Westlife | Swear It Again | Westlife | 284-150 |
| Sony BMG Music Entertainment | Incubus | Nice to Know You | Morning View | 306-181 |
| UMG Recordings, Inc. | Live | Lightning Crashes | Throwing Copper | 187-926 |
| UMG Recordings, Inc. | Bon Jovi | Thank You For Loving Me | Crush | 281-803 |
| Sony BMG Music Entertainment | Babyface | Every Time I Close My Eyes | The Day | 231-025 |
| Sony BMG Music Entertainment | Meat Loaf | Paradise By The Dashboard Light | Bat Out Of Hell | N46849 |